**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:14-cv-00009-FDW**

| | |
|---|---|
| JACK P. MOORE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>SIDNEY HARKELROAD, )<br>)<br>Respondent. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court upon Petitioner's motion for reconsideration of the Court's Order denying and dismissing his habeas petition, filed pursuant to 28 U.S.C. § 2254.

**IT IS HEREBY ORDERED** that Petitioner's motion for reconsideration, (Doc. No. 14), is **DENIED** for the same reasons given in the Court's Order denying habeas relief.

Signed: April 2, 2014

Frank D. Whitney
Chief United States District Judge